*In re* MILTON J. RÚA CABRER.

*Número:* 4441        *Resuelto:* 30 de diciembre de 1992

PER CURIAM: El Lcdo. Milton J. Rúa Cabrer fue acusado y finalmente convicto mediante alegación preacordada de culpabilidad en el Tribunal de Distrito Federal para el Distrito de Puerto Rico por cuatro (4) cargos criminales constitutivos cada uno del delito de fraude.[1]

Habiendo recaído sentencias finales y ya firmes por los referidos delitos y constituyendo el delito de fraude un delito grave que implica depravación moral, procede que se separe indefinidamente al Sr. Milton J. Rúa del ejercicio de la abogacía en Puerto Rico. Véanse: Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735); *In re Flores Betancourt*, 119 D.P.R. 479 (1987); *In re Ortiz Gilot*, 117 D.P.R. 167 (1986); *In re Ríos Ruiz*, 129 D.P.R. 666 (1991).

*Se decreta, por lo tanto, la separación del Sr. Milton J. Rúa Cabrer del ejercicio de la abogacía y se ordena que se borre su nombre del Registro de Abogados del Tribunal Supremo.*

El Juez Asociado Señor Hernández Denton se inhibió.

---

[1] "Frauds and Swindles and Bank Fraud". Criminal 92-32 (JAF).